Order entered November 8 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00559-CR

**DONALD CAINE, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause Nos. F11-31232-Y

## ORDER

The Court **GRANTS** court reporter Sharon Hazlewood's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hazlewood to file the reporter's record within **FIFTEEN DAYS** from the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE